1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN VLASICH,                        Case No.  2:17-cv-01241-JAM-JDP (PC)

12                  Plaintiff,              ORDER DIRECTING DEFENDANTS TO
                                           FILE A RESPONSE TO PLAINTIFF'S
13          v.                             MOTION FOR VOLUNTARY DISMISSAL

14   M. BOBBALA, *et al.*,                 ECF No. 55

15                  Defendants.

16

17          Plaintiff has filed a motion asking that this action be voluntarily dismissed without

18   prejudice.  ECF No. 55.  Subject to exceptions not applicable here, a plaintiff may voluntarily

19   dismiss an action without a court order by filing:

20          (i)     a notice of dismissal before the opposing party serves either an answer or a motion
                    for summary judgment; or
21

22          (ii)    a stipulation of dismissal signed by all parties who have appeared.

23   Fed. R. Civ. P. 41(a)(1)(A).

24          Before plaintiff filed his request for voluntary dismissal, defendants filed answers to the

25   fourth amended complaint.  ECF Nos. 46, 47, 48 & 50.  Consequently, plaintiff may not

26   unilaterally dismiss this case pursuant to Rule 41(a)(1)(A)(i).  However, defendants may stipulate

27   to dismissal of this action pursuant to Rule 41(a)(1)(A)(ii).  Even if defendants decline to

28   stipulate, the court may dismiss this action based upon plaintiff's request, "on terms that the court

considers proper." Fed. R. Civ. P. 41(a)(2).

Accordingly, it is ORDERED that defendants shall, within fourteen days of the date of this order, either (1) file and serve a document stipulating to dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(ii)[1] or (2) otherwise respond to plaintiff's request for voluntary dismissal.

IT IS SO ORDERED.

Dated:    February 1, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] In the event defendants so stipulate, the court will construe the parties' filings as a stipulation of voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii).

2